DAVID E. BLUMENAUER, Appellant, *v.* LOCH SHELDRAKE AMUSEMENT COMPANY et al., Respondents, Impleaded with Others.

(Argued November 26, 1929; decided January 7, 1930.)

*Nellie Childs Smith* and *John D. Lyons* for appellant.
*Albert J. Hiers* and *W. F. Kimber* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, LEHMAN, KELLOGG and O'BRIEN, JJ. Dissenting: CRANE and HUBBS, JJ. Not sitting: CARDOZO, Ch. J.